No. 88–1466. PEOPLE OF ENEWETAK, RONGELAP, AND OTHER MARSHALL ISLANDS ATOLLS *v.* UNITED STATES. C. A. Fed. Cir. Motion of petitioners to defer consideration of the petition for writ

of certiorari denied. Certiorari denied.